**FILED**

OCT - 6 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE N.W.
WASHINGTON D.C. 20001

RICHARD C. HONG
1190 PITTSBURGH ROAD
VALENCIA, PA  16059

VS.

Case: 1:17-cv-02055    Jury Demand
Assigned To : Boasberg, James E.
Assign. Date : 10/6/2017
Description: Employ. Discrim. (H Deck)

DR. DAVID J. SHULKIN
SECRETARY
DEPARTMENT OF VETERANS AFFAIRS
810 VERMONT AVENUE, NW
WASHINGTON, D.C.  20420

<u>COMPLAINT</u>

I, RICHARD C. HONG, in accordance with 29 C.F.R. § 1614.407, hereby filing for Civil action.

I currently am employed by the Department of Veterans Affairs as a Decision Review Officer, GS-13, at the Veterans Service Center, Pittsburgh Regional Office.

I timely filed a formal complaint in 2013, that the Department of Veterans Affairs discriminated against me on the basis of reprisal for prior protected EEO activity when the Department of Veterans Affairs did not selected me for two vacant positions: (1) on June 3, 2013, Supervisory Veterans Service Representative (Coach),  vacancy announcement No.  311-14-05-887349-INT, GS-13; and (2) on June 25, 2013, Supervisory Veterans Service Representative (Assistant Veterans Service Center Manager), vacancy announcement No.  13-C392-VBA-856803, GS-14.

After receiving notice of right to request for a hearing before an Equal Employment Opportunity Commission (EEOC or Commission) Administrative Judge, I timely requested a hearing.  The Department of Veterans Affairs filed a motion for a decision without a hearing and the Agency

**RECEIVED**

OCT - 6 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Administrative Judge, Iris Santiago-Flores, did not hold a requested hearing, and ordered a judgement in favor of the Department of Veterans Affairs.

I have requested Administrative Judge Hearing because the reasonable facts, circumstances, and evidences through a hearing would demonstrate that the Department of Veterans Affairs discriminated me when the Department of Veterans Affairs did not selected me for two vacant positions. The "Undisputed Material Facts" listed in Administrative Judge's order is not complete and it is not based on factual which would have brought up to her attention during a hearing. Secondly, the Agency did not provide me with complete items to my discovery request. Complete discovery items would reveal that the Agency's discrimination.

The Department of Veteran's Affairs made its final order adopting the Administrative Judge's finding that I failed to prove discrimination as alleged. After receiving notice of right to Appeal, I timely filed an appeal.

On July 6, 2017, the Office of Federal Operations of U.S. Equal Employment Opportunity Commission affirm the Department of Veterans Affairs' final order adopting the Administrative Judge's decision, which I did not received until July 11, 2017 via U.S. Postal Service. It was delivered to me by regular mail and not certified mail.

Therefore, I, RICHARD C. HONG, in accordance with 29 C.F.R. § 1614.407, hereby filing for Civil action within 90 days from the date I acturally received the Office of Federal Operations' notification. Additionally, if a trial by jury is available for the case, I am requesting a trial by jury process.

The following is the relief I am reuesting form the UNITED STATES DISTRICT COURT:

1. Retroactive promotion to the poistion of Supervisory Veterans Service Representative (Coach), the selection made on June 3, 2013, for the vacancy announcement No. 311-14-05-887349-INT.

2. Retroactive promotion to the Supervisory Veterans Service Representative (Assistant Veterans Service Center Manager), the selection made on June 25, 2013, for the vacancy announcement No. 13-C392-VBA-856803, GS-14.

3. Retroactive promotion to the Supervisory Veterans Service Representative (Veterans Service Center Manager), GS-15, effective date of 3 years and 6 months from the effective date of retroactive promotion to the Supervisory Veterans Service Representative (Assistant Veterans Service Center Manager). In the Department of Veterans Affairs, Assistant Veterans Service Center Manager gets to be promoted to GS-15, Veterans Service Center Manager in average 2 to 5 years from the time the get to be promoted to GS-14 Assistant Veterans Service Center Manager.

4.  All legal fees (attorney fees, court fees, etc) occured since 2013 and any that will occour until this civil action is completed.  I currently do not have an attorny representing me in this matter, however, I am reserving right to hire an attorney to represent me in later date.

5.  $250,000, or any amount the Court sees as a resonable amount, for Compensation for emotional stress caused me by this discrimination.  I have used more sick leave since 2013 due to emotional stress.

Respectfully,

Richard C. Hong
1190 Pittsburgh Road,
Valencia, PA  16059

Date:  October 6, 2017